IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | | |
|---|---|---|
| MUHAMMAD WASIM ALI, | ) | |
| | ) | |
| Movant, | ) | |
| vs. | ) | 6:15-cr-0094-LSC-JEO-1 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

MEMORANDUM OF OPINION AND ORDER

On August 31, 2015, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that the defendant/movant's "Motion to Suppress and Request for *Franks* Hearing" (doc. 46) be denied (doc. 59). To date, no objections have been filed by either party.[1]

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report (as amended) is due to be and hereby is ADOPTED, and the recommendation (as amended) is ACCEPTED.  Consequently, the defendant'/movant's motion to suppress evidence and for a *Franks* hearing (doc. 46) is hereby

---

[1] On September 2, 2015, the Government requested that the report and recommendation be amended in certain minor respects, and the magistrate judge granted that request on October 19, 2015.

DENIED.

Done this 4th day of November 2015.

_____
L. Scott Coogler
United States District Judge
[160704]